UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

March 28, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Leslie Slaughter, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-20-887 |
| | § | |
| Magellan Health, Inc., | § | |
| Defendant. | § | |

## Order of Adoption

On March 10, 2022, Magistrate Judge Peter Bray recommended that the court grant Defendant's motion for partial summary judgment. (27) Both parties filed objections. (28, 29) The objections are denied. The court adopts the report and recommendation as its memorandum and opinion.

Defendant's unopposed motion for leave to file a second motion for summary judgment is granted. (31) Magistrate Judge Peter Bray will take that motion under advisement.

Signed at Houston, Texas, on March 28, 2022.

_____

Lynn N. Hughes
United States District Judge