| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
June 08, 2022
Nathan Ochsner, Clerk

Leslie Slaughter, §
    Plaintiff, §
§
v. § Civil Action H-20-887
§
Magellan Health, Inc., §
    Defendant. §

## Order of Adoption

On May 24, 2022, Magistrate Judge Peter Bray recommended that the court grant Magellan Health, Inc.'s second motion for summary judgment. (37) Leslie Slaughter filed objections. (38) The court denies the objections and adopts the report and recommendation as its memorandum and opinion. A separate final judgment will issue.

Signed at Houston, Texas, on June 8, 2022.

_____
Lynn N. Hughes
United States District Judge